**ANN REBECCA JACKSON, Plaintiff**

v.

**NILES JOSEPH JACKSON,**

commonly known as

**JOSEPH JACKSON, Defendant**

March Term, 1921

No. 9

District Court of the Virgin Islands

Frederiksted Sub-Judicial District
Saint Croix

June 6, 1921

McKEAN, *Judge*

This case has been very carefully prepared by counsel for plaintiff, as will appear by inspection of the record. All notices were duly served and the co-respondent given an opportunity to come in and defend her reputation. The evidence was not taken stenographically, but the transcript made by the clerk of the Police Judge appears.

17

to be substantially correct. The prayer of the complaint is granted, and two decrees will be entered:

(a) dissolution of marriage between the plaintiff and the defendant, and

(b) forbidding marriage between the defendant and the co-respondent, Rose Hardcastle, so long as the plaintiff shall live.